Opinion approved by the court.

## HUNTER v. STATE.
### No. 26339.

Court of Criminal Appeals of Texas.
March 25, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.